UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| In re: <br><br>**Pinnacle Regional Hospital, Inc.,** *et al.*,[1] <br><br>Debtors. | Case No. 20-20219 <br><br>Chapter 7 <br><br>(Jointly Administered) |
| **JAMES A OVERCASH, not individually, but solely as Chapter 7 Trustee,** <br><br>Plaintiff, <br><br>v. <br><br>**COVIDIEN LP,** <br><br>Defendant. | <br><br><br><br><br><br>Adversary No. 22-06013 |

### ENTRY OF APPEARANCE

COMES NOW Michael P. Pappas of Stinson LLP and hereby enters his appearance in the above captioned matter on behalf of James A. Overcash, not individually, but solely as Chapter 7 Trustee.

        STINSON LLP

        By: */s/ Michael P. Pappas*
        Michael P. Pappas D. Kan. # 78856
        1201 Walnut, Suite 2900
        Kansas City, MO 64106
        Telephone: (816) 842-8600
        Facsimile: (816) 691-3495
        michael.pappas@stinson.com

        COUNSEL FOR THE TRUSTEE

---

[1] The Debtors in this case are: Pinnacle Regional Hospital, Inc., Case No. 20-20219; Pinnacle Regional Hospital, LLC, Case No. 20-20221; Blue Valley Surgical Associates, LLC, Case No. 20-20222; Pinnacle Health Care System, Inc., Case No. 20-20224; Rojana Realty Investments, Inc., Case No. 20-20225; and Joy's Majestic Paradise, Inc., Case No. 20-20227.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 31, 2022 the foregoing document was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF System.

                                                          */s/ Michael P. Pappas*
                                                   Counsel for the Chapter 7 Trustee

CORE/3519737.0002/173570273.1
Case 22-06013    Doc# 5    Filed 03/31/22    Page 2 of 2