Form ordshap  (Revised 05/2018)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

In Re:  Case No.: 20–20219
 Chapter: 7
Pinnacle Regional Hospital, Inc.

Debtor

Overcash v. Covidien LP  Adv. Proc. No. 22–06013

**ORDER TO SHOW CAUSE**

**Filed And Entered By The Court**
**9/16/22**
**David D. Zimmerman**
**Clerk of Court**
**US Bankruptcy Court**

This proceeding is before the Court sua sponte. On February 11, 2022, Plaintiff(s) filed a Complaint against Covidien LP. Plaintiff(s) served the Defendant(s) on February 15, 2022, but not withstanding this service of summons, the Court file reflects no further activity by or against the Defendant(s).

Plaintiff(s) is/are hereby directed to show cause by written response on or before October 3, 2022, why the Complaint against said Defendant(s) should not be dismissed for lack of prosecution. If a hearing is desired, it should be requested in the response.

A Motion for Entry of Default, or some other substantive pleading on the merits, that is filed on or before October 3, 2022, will satisfy this show cause order. If no timely written response is filed, and no other action is taken that satisfies the Court that the case is being prosecuted against the Defendant(s), the Court will enter a final order dismissing the Complaint against the Defendant(s) for lack of prosecution without further notice.

IT IS SO ORDERED.

 s/  Dale L. Somers
 United States Bankruptcy Judge