# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| In re: <br> **Pinnacle Regional Hospital, Inc.,** <br> Debtor. | Case No. 20-20219 <br> Chapter 7 |
| **JAMES A OVERCASH, not individually, but solely as Chapter 7 Trustee,** <br>   Plaintiff, <br> v. <br> **COVIDIEN, L.P.** <br>   Defendant. | Adversary No. 22-06013 |

## TRUSTEE'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW James A. Overcash, not individually, but solely as Chapter 7 Trustee (the "Trustee") and respectfully submits his Response to Order to Show Cause. In support thereof, the Trustee states as follows:

1. On February 11, 2022 (the "Commencement Date"), the Trustee filed a Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 502, 547, 548 and 550 (the "Complaint") against Covidien, L.P. (the "Defendant").

2. Pursuant to Fed. R. Bankr. P. 7012(a), Defendant had until March 14, 2022 to answer or otherwise respond to the Complaint (the "Answer Deadline")

3. Since the Commencement Date, counsel for the Trustee and counsel for Defendant have been working towards a settlement of this adversary proceeding. During this time, the Trustee

has orally agreed to numerous extensions of the Answer Deadline in order to lower the time and costs associated with this adversary proceeding.

4. On September 13, 2022, the parties executed a Settlement and Release Agreement, reflecting their resolution of this adversary proceeding (the "Settlement"). The Settlement includes, but is not limited to, Defendant agreeing to pay $70,000.

5. On September 21, 2022, the Trustee filed his Motion under Rule 9019 of the Federal Rules of Bankruptcy Procedure to Approve Proposed Settlement with Covidien (ECF No. 830), requesting Court approval of the Settlement (the "9019 Motion").

6. The 9019 Motion has an objection deadline of October 12, 2022.

7. Cause exists to not dismiss the Complaint for lack of prosecution because the Trustee has worked diligently towards a resolution of this adversary proceeding since the Commencement Date and stands to recover a substantial sum once the 9019 Motion is approved. The Trustee is on door-step of resolving this adversary proceeding and accordingly, the Complaint should not be dismissed.

WHEREFORE, for the above and foregoing reasons, the Trustee respectfully requests that the Court enter an Order allowing this adversary proceeding to proceed, not dismissing the Complaint for lack of prosecution and for such other and further relief as the Court deems just and proper.

Dated this 30th day of September, 2022.

Respectfully submitted,

STINSON LLP

By: __/s/ Michael P. Pappas_____
Nicholas J. Zluticky, KS #23935
Michael P. Pappas, D. Kan. #78856
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
nicholas.zluticky@stinson.com
michael.pappas@stinson.com

COUNSEL FOR THE CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 30, 2022, the foregoing document was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF System.

>	*/s/ Michael P. Pappas*
>	Michael P. Pappas