## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| In re: | |
| **Pinnacle Regional Hospital, Inc.,** | **Case No. 20-20219** |
| **Debtors.** | **Chapter 7** |

| | |
|---|---|
| **JAMES A OVERCASH, not individually, but solely as Chapter 7 Trustee,** | |
| **Plaintiff,** | |
| **v.** | |
| **COVIDIEN LP,** | **Adversary No. 22-06013** |
| **Defendant. --** | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7041, Plaintiff James A. Overcash, not individually, but solely as Chapter 7 Trustee (the "Trustee") hereby dismisses with prejudice the claims asserted by the Trustee against Covidien LP in this adversary proceeding, with each party to bear its own costs. This dismissal is with prejudice against re-filing.

Respectfully,

STINSON LLP

By: */s/ Michael P. Pappas*
Nicholas J. Zluticky  KS # 23935
Michael P. Pappas. D. Kan. # 78856
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
Nicholas.zluticky@stinson.com
Michael.pappas@stinson.com

COUNSEL FOR THE CHAPTER 7 TRUSTEE